BOBBY WILLIAMS,

    Plaintiff,

v.            Case No.:

FLORIDA ROCK & TANK LINES INC,

    Defendant.

---

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Florida Rock & Tank Inc., hereby removes this action to the United States District Court for the Northern District of Florida, Pensacola Division. The grounds for removal are as follows:

1.  This action is being removed to federal court based on federal question jurisdiction.

2.  On or about May 17, 2017, Plaintiff Bobby Williams ("Plaintiff") filed an action against FRTL in The Circuit Court of the First Judicial Circuit, in and for Escambia County, Florida, Case No. 2017-CA-000749 (the "State Court Action.") FRTL received a copy of the original Complaint on May 23, 2017. A copy of the Summons, and all papers filed in the State court are attached hereto as "Exhibit A."

3.  This Notice of Removal is timely filed with this Court within thirty (30) days of FRTL's receipt of a copy of the Complaint as required by 28 U.S.C. § 1446(b).

### Federal Question Jurisdiction

4.  This Court has original subject matter jurisdiction over federal claims pursuant to 28 U.S.C. § 1331 because the claims arise under the laws of the United

States. Plaintiff asserts causes of action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Therefore, federal question jurisdiction exists.

5. In addition, this Court has supplemental jurisdiction over Plaintiff's similar claims for unpaid wages under the F.S. § 448.08 and 448.10 pursuant to 28 U.S.C. § 1441(c).

6. FRTL is entitled to remove this action to the United States District Court for the Northern District of Florida, because this is a civil action over which the district courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1441.

7. Venue lies in this Court because Plaintiff's action is pending in the First Judicial Circuit, in and for Escambia County, Florida, which is within this District and Division.

8. FRTL has served written notice of this Notice of Removal to the Plaintiff and has filed a copy of this Notice of Removal with the Clerk of the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida.

9. The undersigned attorney is authorized by FRTL to file this Notice of Removal, is licensed in the State of Florida, and is a member of the Bar of this Court.

10. This action has not previously been removed to federal court.

11. FRTL reserves the right to amend this Notice of Removal to cure any procedural defects or correct any errors, or as otherwise appropriate.

WHEREFORE, FRTL respectfully requests that this action proceed in this Court as an action properly removed for the reasons set forth above.

Dated: June 5, 2017.

McGuireWoods LLP

_s/ Thomas R. Brice_____
Thomas R. Brice, Esquire
Florida Bar No. 0018139
tbrice@mcguirewoods.com
Cameron G. Kynes
Florida Bar No. 0116711
ckynes@mcguirewoods.com
50 North Street, Suite 3300
Jacksonville, FL 32202
Tel: (904) 798-3200
Fax: (904) 798-3261

_Attorneys for Defendant_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2017, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF I also certify that a true and correct copy of the foregoing was furnished via electronic mail and via U.S. Mail to the following:

Bobby Williams
PO Box 4589
Milton, FL 32572
thewmsfam2@gmail.com

Pro Se Plaintiff

_s/ Thomas R. Brice_____
Attorney

90504789v1

# EXHIBIT A

IN THE CIRCUIT COURT, FIRST JUDICIAL CIRCUIT, IN AND FOR ESCAMBIA COUNTY, FLORIDA

Case No.: 2017 CA 00074916-CA-1116

BOBBY WILLIAMS,

      Plaintiff,

v.

FLORIDA ROCK & TANK LINES INC,

      Defendant.

---

## NOTICE TO STATE COURT CLERK
## OF REMOVAL TO FEDERAL COURT

TO:    Clerk of Circuit Court
        Escambia County
        Escambia County Courthouse
        190 W. Government St.
        Pensacola, FL 32502

In accordance with 28 U.S.C. § 1446(d), you are hereby notified that Defendant Florida Rock & Tank Lines Inc., by counsel, has removed this action from the Circuit Court, for the First Judicial Circuit, in and for Escambia County, Florida, to the United States District Court for the Northern District of Florida, Pensacola Division. A copy of the Notice of Removal is attached and served with this Notice.

Dated this 5th day of June, 2017.

Respectfully submitted,

McGuireWoods LLP


*s/ Thomas R. Brice*
Thomas R. Brice, Esquire
Florida Bar No. 0018139
tbrice@mcguirewoods.com
Cameron G. Kynes
Florida Bar No. 0116711
ckynes@mcguirewoods.com
50 North Street, Suite 3300
Jacksonville, FL 32202
Tel: (904) 798-3200
Fax: (904) 798-3261

*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2017, a true and correct copy of the foregoing was furnished via electronic mail and via U.S. Mail to the following:

Bobby Williams
PO Box 4589
Milton, FL 32572
thewmsfam2@gmail.com


Pro Se Plaintiff


*s/ Thomas R. Brice*

90478564_1

2

BOBBY WILLIAMS,

       Plaintiff,

v.                            Case No.:

FLORIDA ROCK & TANK LINES INC,

       Defendant.

---

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Florida Rock & Tank Inc., hereby removes this action to the United States District Court for the Northern District of Florida, Pensacola Division. The grounds for removal are as follows:

1.    This action is being removed to federal court based on federal question jurisdiction.

2.    On or about May 17, 2017, Plaintiff Bobby Williams ("Plaintiff") filed an action against FRTL in The Circuit Court of the First Judicial Circuit, in and for Escambia County, Florida, Case No. 2017-CA-000749 (the "State Court Action.") FRTL received a copy of the original Complaint on May 23, 2017. A copy of the Summons, and all papers filed in the State court are attached hereto as "Exhibit A."

3.    This Notice of Removal is timely filed with this Court within thirty (30) days of FRTL's receipt of a copy of the Complaint as required by 28 U.S.C. § 1446(b).

### Federal Question Jurisdiction

4.    This Court has original subject matter jurisdiction over federal claims pursuant to 28 U.S.C. § 1331 because the claims arise under the laws of the United

States. Plaintiff asserts causes of action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Therefore, federal question jurisdiction exists.

5.     In addition, this Court has supplemental jurisdiction over Plaintiff's similar claims for unpaid wages under the F.S. § 448.08 and 448.10 pursuant to 28 U.S.C. § 1441(c).

6.     FRTL is entitled to remove this action to the United States District Court for the Northern District of Florida, because this is a civil action over which the district courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1441.

7.     Venue lies in this Court because Plaintiff's action is pending in the First Judicial Circuit, in and for Escambia County, Florida, which is within this District and Division.

8.     FRTL has served written notice of this Notice of Removal to the Plaintiff and has filed a copy of this Notice of Removal with the Clerk of the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida.

9.     The undersigned attorney is authorized by FRTL to file this Notice of Removal, is licensed in the State of Florida, and is a member of the Bar of this Court.

10.     This action has not previously been removed to federal court.

11.     FRTL reserves the right to amend this Notice of Removal to cure any procedural defects or correct any errors, or as otherwise appropriate.

WHEREFORE, FRTL respectfully requests that this action proceed in this Court as an action properly removed for the reasons set forth above.

Dated: June 5, 2017.

MCGUIREWOODS LLP

*s/ Thomas R. Brice*
Thomas R. Brice, Esquire
Florida Bar No. 0018139
tbrice@mcguirewoods.com
Cameron G. Kynes
Florida Bar No. 0116711
ckynes@mcguirewoods.com
50 North Street, Suite 3300
Jacksonville, FL 32202
Tel: (904) 798-3200
Fax: (904) 798-3261

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2017, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF I also certify that a true and correct copy of the foregoing was furnished via electronic mail and via U.S. Mail to the following:

Bobby Williams
PO Box 4589
Milton, FL 32572
thewmsfam2@gmail.com

Pro Se Plaintiff

*s/ Thomas R. Brice*
Attorney

90504789v1

# EXHIBIT A

**2017 CA 000749 - WILLIAMS, BOBBY vs. FLORIDA ROCK & TANK LINES INC**

| SUMMARY | | | | |
|---|---|---|---|---|
| Judge: BERGOSH, GARY L | | Case Type: OTHER CIRCUIT CIVIL POST 2010 | | Status: OPEN |
| Case Number: 2017 CA 000749 | | Uniform Case Number: 172017CA000749XXXXXX | | |
| Clerk File Date: 5/17/2017 | | Status Date: 5/17/2017 | | |
| SAO Case Number: | | Total Fees Due: 410.00 | | |
| Agency: | | Agency Report #: | | Custody Location: |

| PARTIES | | |
|---|---|---|
| TYPE | PARTY NAME | ATTORNEY |
| PLAINTIFF | WILLIAMS, BOBBY | |
| DEFENDANT | FLORIDA ROCK & TANK LINES INC | |

| EVENTS | | | | |
|---|---|---|---|---|
| DATE | EVENT | JUDGE | LOCATION | RESULT |
| | | No Events on Case | | |

| CASE HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| CASE NUMBER | CHARGE DESCRIPTION | CASE STATUS | DISPOSITION | OUTSTANDING AMOUNT | NEXT EVENT | ALERTS |
| | | | No Additional Cases | | | |

| CASE DOCKETS | | | |
|---|---|---|---|
| IMAGE | DATE | ENTRY | |
| | 6/1/2017 | THEWMSFAM2@GMAIL.COM | |
| Request | 5/30/2017 | SUMMONS RETURNED SERVED | |
| Request | 5/19/2017 | SUMMONS ISSUED SENT TO S/O | |
| | 5/19/2017 | BERGOSH, GARY L: ASSIGNED | |
| 📄 1 | 5/17/2017 | REQUEST FOR SUMMONS | |
| 📄 2 | 5/17/2017 | AFFIDAVIT OF INDIGENT STATUS FILED WITH CLERK DETERMINING THAT APPLICANT IS INDIGENT | |
| 📄 6 | 5/17/2017 | COMPLAINT THEWMSFAM2@GMAIL.COM | |
| | 5/17/2017 | CASE FILED 05/17/2017 CASE NUMBER 2017 CA 000749 | |

## IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**BOBBY WILLIAMS**
  PLAINTIFF,

Vs.

          CASE NO: **2017 CA 000749**
          DIVISION: **N**

**FLORIDA ROCK & TANK LINES INC**
  DEFENDANT,

### SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

  **YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **FLORIDA ROCK & TANK LINES INC C/O HEATHER MONROE (TERMINAL MANAGER) 147 STUMPFIELD RD PENSACOLA, FL 32503**

Each defendant is hereby required to serve written defenses to said complaint on
   plaintiff's attorney(s), whose address is

  **BOBBY WILLIAMS**
  **PO BOX 4589**
  **MILTON, FL 32572**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **19th day of May, 2017**

PAM CHILDERS
CLERK OF THE CIRCUIT COURT

By: _Tempest Williams_
  Deputy Clerk

---

* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

CASUM2053P

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA
CIRCUIT CIVIL

COPY

BOBBY WILLIAMS
    Plaintiff,

v.

                           Case No.: 2017 CA 749
                           Division: N

FLORIDA ROCK & TANK
LINES, INC.
    Defendant.

_____/

## COMPLAINT

Plaintiff, Bobby J. Williams, hereby brings this civil action against Defendant, FLORIDA

ROCK & TANK LINES, INC., and seeks any and all damages and relief available and afforded

under the Florida law. Plaintiff alleges the following:

1.      This is an action for damages within the jurisdiction of this court, exclusive of

fees and costs, brought to recover unpaid overtime compensation, declaratory relief, any attorney

fees if Plaintiff decides to obtain counsel at any point, costs and other relief as a result of

misclassification under the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. § 201 *et.*

*seq.* and 448.08 and 448.110 Florida Statutes. Jurisdiction is conferred upon the Court pursuant

to Florida Statute and Section 16(b) of the FLSA, as amended, 29 U.S.C. § 216 (b).

2.      This is an action for breach of contract that exceeds the sum of $15,000.00,

exclusive of attorney fees and costs (if any).

3.      This action lies in the Circuit Court of Escambia County, Florida because the

action arouse in this judicial district, and because the unlawful employment practices were

committed in this judicial district.

4.    Plaintiff is a African American male. He is a citizen of the State of Florida and resides in Escambia County, Florida. He was employed by the Defendant as a Truck Driver for Defendant's Pensacola terminal from July 29, 2015, until the involuntary termination of his employment on May 6, 2016.

5.    Defendant, FLORIDA ROCK & TANK LINES, INC. ("FRTL"), has served as a premier bulk tank carrier since 1962, transporting petroleum and other liquid and dry bulk commodities. Defendant currently operates 19 terminals including one in Pensacola, Florida and continues to regularly conduct business in the state of Florida.

## ALLEGATIONS OF FACT

6.    Defendant's business activities involve those to which the Fair Labor Standards Act and Florida Statutes 448.08 and 448.110 applies. Both the Defendant's business and the Plaintiff's work for the Defendant affected interstate commerce for the relevant time period. The Plaintiff's work for the Defendant was actually in and/or so closely related to the movement of commerce while he worked for the Defendant that the FLSA applies to Plaintiff's work for the Defendant.

7.    The Defendant is an employer and enterprise engaged in interstate commerce.

8.    The Defendant controlled the day to day operations of its Pensacola, Florida terminal including matters concerning hiring, firing, payroll, setting rates and prices, and other business operations.

9.    The Defendant supervised the operations of its Pensacola, Florida terminal, including hiring and firing employees, setting store hours and schedules and establishing the duties and responsibilities of its Pensacola, Florida employees.

2



10. Upon information and belief, the Defendant had gross sales or business in excess of $500,000 annually for 2016.

11. Defendant, at all times material, was the employer of Plaintiff within the meaning of the FLSA, *29 U.S.C. § 203 (d)*.

12. Plaintiff, at all times material, was an employee of Defendant within the meaning of FLSA, *29 U.S.C. § 203 (e)*.

13. Defendant, at all times material, was Plaintiff's employer.

14. On July 29, 2015, Defendant hired Plaintiff as a full time employee and worked as truck driver at the Defendant's Pensacola terminal and was paid a yearly salary of $44,200 per year with a minimum guaranteed at $850.00 per week, which is equivalent to $21.25 for a 40 hour week.

15. At all times material hereto, from July 29, 2015 until the Plaintiff's involuntary termination on May 6, 2016, Plaintiff regularly worked in excess of 40 hours per week, including weekend work.

16. At all times material herein, the Defendant controlled the Plaintiff's day to day activities, supervised, and/or had operational control over the Plaintiff, setting the Plaintiff's rate of pay, determining if overtime was to be paid, setting Plaintiff's work schedule including the number of days and hours worked including weekends.

17. Defendant misclassified as exempt Plaintiff's position. Plaintiff's primary duties and responsibilities were similar if not the same as other hourly employees.



18.     As a result of this misclassification, Plaintiff was not paid time and one-half his regular rate of pay for all hours worked in excess of forty hours per work week during one or more work weeks.

19.     Defendant failed to pay Plaintiff's overtime wages as required by the FLSA as Defendant knew of the overtime requirements of the FLSA and failed to investigate whether the Defendant's payroll practices were in accordance with the FLSA.

20.     Plaintiff has reserved the right to obtain counsel at any time and if counsel is retained for this action, Plaintiff will be obligated to pay them a reasonable fee for the services rendered pursuant to the FLSA.

21.     As a result of Defendant's misclassification of Plaintiff, Plaintiff should have been paid as an hourly employee and paid overtime wages. Plaintiff is owed these overtime wages.

## COUNT I
## Violation of the Fair Labor Standards Act

22.     Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 21 of this complaint with the same force and effect as if set forth herein.

23.     Defendant failed to comply with *29 U.S.C. §§ 201-209, and Florida Statute 440.08*, because Plaintiff performed services for the Defendant for which no provisions were made by Defendant to properly pay Plaintiff for the hours worked in excess of forty (40) within a work week.

24.     As a result of the unlawful acts of Defendant, the Plaintiff has been deprived of compensation in amounts to be determined at trial, and is entitled to recovery of such amounts, liquidated damages, attorney's fees (if any), costs and other compensation.

<u>**COUNT II**</u>
<u>**Accrued and Unpaid Wages-Florida Statute 448.08/448.110**</u>

25.    Plaintiff re-alleges the allegations in paragraphs 1 through 21 above and incorporates them by reference herein.

26.    This is an action for unpaid wages pursuant to *Florida Statute 448.110.*

27.    Plaintiff is entitled the unpaid wages.

28.    Defendant has failed or otherwise refused to pay Plaintiff, in whole or in part, for the unpaid wages.

29.    In accordance with Florida statute, Plaintiff is entitled to the total and actual wages owed to him.

30.    Under circumstances of this case, it would be inequitable for Defendant to retain the full amount of benefits conferred upon and realized by it, without payment to Plaintiff for the actual and total wages owed to him.

WHEREFORE, Plaintiff respectfully requests trial by jury and asks this Court to enter Judgement against the Defendant as follows:

a.    Declaring the acts and practices complained of herein are in violation of the FLSA and Florida Statutes 448.08 and 448.110.

b.    Enjoining and permanently restraining those violations of the FLSA.

c.    Directing the Defendant to take such affirmative action as is necessary to ensure

5



that the effects of these unlawful employment practices are eliminated and do not continue to affect Plaintiff's employment opportunities;

    d.  Awarding Plaintiff liquidated damages;

    e.  Awarding Plaintiff lost wages and other direct economic loss related to the termination;

    f.  Awarding Plaintiff a judgment against the Defendant for the payment of all Overtime hours at one and one-half the regular rate for all hours worked by him by which Defendant did not properly pay;

    g.  Awarding Plaintiff the costs of this action together with a reasonable attorney's fees, if applicable;

    h.  Granting such other and further relief as the Court deems just and proper.

## NOTICE OF DESIGNATION OF EMAIL ADDRESS

    PLEASE TAKE NOTICE that the following email addresses are to be used for electronic service pursuant to Fla. R. Civ. P. 2.516(b)(1)(C):

### Primary

thewmsfam2@gmail.com

Respectfully submitted on this 12th day of May, 2017.

BOBBY J. WILLIAMS
Pro Se Litigant
P.O. Box 4589
Milton, FL 32572
(318) 525-8004

2017 CA 749

PAM CHILDERS
@LERK OF CIRCUIT COURT
ESCAMBIA COUNTY, FL

2017 MAY 17 P 4: 08

OF CIVIL DIVISION
FILED & RECORDED

IN THE CIRCUIT/COUNTY COURT OF THE ———— JUDICIAL CIRCUIT
IN AND FOR ———— COUNTY, FLORIDA

Bobby J. Williams
**Plaintiff/Petitioner or In the Interest Of**
vs.
Florida Rock & Tank Lines, Inc.
**Defendant/Respondent**

CASE NO. _____

### APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence you must enroll in the clerk's office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have 7 dependents. *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married? Yes No  Does your Spouse Work?...Yes No  Annual Spouse Income? $ 0

2. I have a net income of $ -1102 paid   weekly   (every two weeks)   semi-monthly   monthly   yearly   other _____

*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid   weekly   every two weeks   semi-monthly   monthly   yearly   other _____
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | | | |
|---|---|---|---|---|---|
| Second Job .......................................Yes $ ____ | **No** | Veterans' benefits..............................Yes $ ____ | **No** |
| Social Security benefits | | Workers compensation.........................Yes $ ____ | **No** |
|     For you ...........................Yes $ ____ | **No** | Income from absent family members .....Yes $ ____ | **No** |
|     For child(ren) ................Yes $ ____ | **No** | Stocks/bonds....................................Yes $ ____ | **No** |
| Unemployment compensation ...........Yes $ ____ | **No** | Rental income...................................Yes $ ____ | **No** |
| Union payments ...............................Yes $ ____ | **No** | Dividends or interest..........................Yes $ ____ | **No** |
| Retirement/pensions ........................Yes $ ____ | **No** | Other kinds of income not on the list ....Yes $ ____ | **No** |
| Trusts ..............................................Yes $ ____ | **No** | Gifts ................................................Yes $ ____ | **No** |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | | |
|---|---|---|---|---|
| Cash.................................................Yes 75.00 No | | Savings account................................Yes $ ____ | **No** |
| Bank account(s)................................Yes $ ____ | **No** | Stocks/bonds....................................Yes $ ____ | **No** |
| Certificates of deposit or | | Homestead Real Property*...................Yes $ ____ | |
| money market accounts.....................Yes $ ____ | **No** | Motor Vehicle*...............................55,000 Yes $ ____ | No |
| Boats* .............................................Yes $ ____ | **No** | Non-homestead real property/real estate* ....Yes $ ____ | **No** |

*show loans on these assets in paragraph 5

Check one: I  DO   DO NOT expect to receive more assets in the near future.  The asset is _____

5. I have total liabilities and debts of $_____ as follows: Motor Vehicle $ 55,000 , Home $ 0 , Other Real Property $_____ , Child Support paid direct $ 385 , Credit Cards $ 10,000 , Medical Bills $ 75,000 , Cost of medicines (monthly) $ 805 . Other $ 135 .

6. I have a private lawyer in this case............ Yes  (No)

. A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this 15 day of May , 2017.

/71
**Date of Birth**

W452 070 7 0298
**Driver's License or ID Number**

PO Box 4589, Milton, FL. 32572
**Address, P O Address, Street, City, State, Zip Code**

Signature of Applicant for Indigent Status
Print Full Legal Name Bobby J. Williams
Phone Number: 718 625 8004

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be (X) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated this _17th_ day of _May_, 20_17_.

Clerk of the Circuit Court by _Christina R. Stave_

This form was completed with the assistance of: _____

Clerk/Deputy Clerk/Other authorized person.

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**

Sign here if you want the judge to review the clerk's decision _____

Summons —

Florida Rock & Tank Lines Inc.

c/o of Heather Monroe (Terminal Mngr)

147 Stumpfield Road

Pensacola, Fl. 32503

850 476-2332

Bobby Williams

PAM CHILDERS
CLERK OF CIRCUIT COURT
ESCAMBIA COUNTY, FL

2017 MAY 17 P 4:10

CIVIL DIVISION
FILED & RECORDED

## IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**BOBBY WILLIAMS**
      PLAINTIFF,

Vs.
                              CASE NO:   **2017 CA 000749**

                                       DIVISION:  N

**FLORIDA ROCK & TANK LINES INC**
      DEFENDANT,

<strong>SUMMONS</strong>

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

      **YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **FLORIDA ROCK & TANK LINES INC C/O HEATHER MONROE (TERMINAL MANAGER) 147 STUMPFIELD RD PENSACOLA, FL 32503**

Each defendant is hereby required to serve written defenses to said complaint on

      plaintiff's attorney(s), whose address is

      **BOBBY WILLIAMS**
      **PO BOX 4589**
      **MILTON, FL 32572**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **19th day of May, 2017**

PAM CHILDERS

CLERK OF THE CIRCUIT COURT

By:  *Tempest William*
      Deputy Clerk

---

* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

## IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**BOBBY WILLIAMS**
        PLAINTIFF,

Vs.                                                CASE NO: **2017 CA 000749**
                                                   DIVISION: **N**

**FLORIDA ROCK & TANK LINES INC**
        DEFENDANT,

### SUMMONS

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

   **YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **FLORIDA ROCK & TANK LINES INC  C/O HEATHER MONROE (TERMINAL MANAGER) 147 STUMPFIELD RD PENSACOLA, FL 32503**

Each defendant is hereby required to serve written defenses to said complaint on
        plaintiff's attorney(s), whose address is

        **BOBBY WILLIAMS**
        **PO BOX 4589**
        **MILTON, FL 32572**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **19th day of May, 2017**

**PAM CHILDERS**
**CLERK OF THE CIRCUIT COURT**

By: *Tempest William*
────────────────
     Deputy Clerk

* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days.  When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

CASUM2053P

# NON-ENFORCEABLE RETURN OF SERVICE

**Document Number:** ECSO17CIV025698NON       **Agency Number:** 17-008115

**Court:** COUNTY CIVIL

**County:** ESCAMBIA

**Case Number:** 2017 CA 000749

    **Attorney/Agent:**

    BOBBY WILLIAMS

    PO BOX 4589
    MILTON, FL 32572

**Plaintiff:** BOBBY WILLIAMS

**Defendant:** FLORIDA ROCK & TANK LINES INC

**Type of Process:** SUMMONS/COMPLAINT

Received this Writ on 5/23/2017 at 8:05 AM and served same on FLORIDA ROCK & TANK LINES INC , in ESCAMBIA COUNTY, FLORIDA, at 10:30 AM on 5/23/2017 by delivering a true copy of this Writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to HEATHER MONROE, as TERMINAL MANAGER, pursuant to directions from attorney or plaintiff.

DAVID MORGAN, SHERIFF
ESCAMBIA COUNTY, FLORIDA

By: _K. Jackson 929_

             K. JACKSON, CPS

    Receipt No:     INGIDGENT